IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:13-cr-04051-BCW-5 |
| ) | |
| WENDELL EUGENE WOODSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #403) denying Defendant's Motion to Suppress Evidence and Statements (Doc. #390). Defendant filed objections (Doc. #406) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Defendant's objections (Doc. #406) are OVERRULED. It is further

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #403), Defendant's Motion to Suppress Evidence and Statements (Doc. #390) is DENIED. It is further

ORDERED that Magistrate Judge Whitworth's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: October 14, 2016   /s/ Brian C. Wimes
                         JUDGE BRIAN C. WIMES
                         UNITED STATES DISTRICT COURT