**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

**MINUTE SHEET**

**UNITED STATES OF AMERICA**                     Date: November 8, 2017

vs.                                              Case No.: 2:13-CR-4051-BCW-05

**Wendell Eugene Woodson**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:   Sentencing**

**Time Commenced: 1:53 pm**                      **Time Terminated: 2:13 pm**

**APPEARANCES**

**Plaintiff's counsel: Jim Lynn, AUSA**
**Defendant's counsel: Jonathan D Truesdale, III, CJA Appointment**
**Probation officer: Angela Palmerton**

**PROCEEDINGS IN COURTROOM:** Above parties present. Court adopts Report and Recommendation on Plea of Guilty. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant committed to the custody of BOP for a period of 78 months on Count 1 of the Third Superseding Indictment; followed by 4 years supervised release with mandatory, standard and special conditions. FINE: waived; MSA: $100. All remaining counts dismissed by motion of the Government. Court recommends placement at or near Marion, IL facility. Dft advised of right to appeal. Defendant shall self-surrender on or before 2 p.m. on January 3, 2018.

---

**Court Reporter: Denise Halasey**
**Courtroom Deputy: T. Lock**